AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 10, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BREWSTER LOOMER AND PETER SLIMAN, | ) |
| *Plaintiff* | ) |
| v. | ) |
| VAAGEN BROS LUMBER, INC., | ) |
| *Defendant* | ) |

Civil Action No.  2:24-CV-0206-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  DISMISSED with prejudice and without fees or costs to any party except as provided for in the Order at ECF No. 31 and in compliance with the Settlement Agreement.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Thomas O. Rice _____ on
Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 25)

Date:  December 10, 2025

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk or Deputy Clerk*